COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

Cause number:     01-14-00924-CR

Style:     Ex parte Nii-Otabil Nelson

Date motions filed[*]:     July 9, 2015

Type of motions:     Motion to Extend Time to File Appellant's Motion for Rehearing

Parties filing motions:     Appellant's new counsel Andre D. Evans

Document to be filed:     Appellant's Motion for Rehearing

Is appeal accelerated?     Yes.

If motion to extend time:

    Original due date:     July 15, 2015

    Number of extensions granted:    0     Current Due Date:  July 15, 2015

    Date Requested:     N/A (45 days requested)

Ordered that motions are:

    ☒ Granted, in part:

        If document is to be filed, document due:  August 14, 2015.

        ☒ No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

    Appellant's motion for a 45-day extension of time to file a motion for rehearing is **granted, in part,** until August 15, 2015, because he retained new counsel on July 3, 2015, and needs time to obtain evidence via his open records request sent on July 7, 2015, to the State, but **no further extensions will be granted absent extraordinary circumstances** given this is an accelerated appeal. *See* TEX. R. APP. P. 49.4. The Clerk of this Court is directed to note Andre D. Evans' appearance as additional counsel for appellant. *See id.* at 6.2. If counsel Lott J. Brooks III, requests withdrawal, he must file a motion that complies with Rule 6.5(d).

Judge's signature: /s/ <u>Laura Carter Higley</u>
              ☒ Acting individually     ☐ Acting for the Court
Date: July 14, 2015

November 7, 2008 Revision